Decisions on Petitions for Writs of Certiorari.

Maryland. Motions to dismiss or affirm. Submitted April 28, 1902. Decided May 5, 1902. *Per Curiam.* Dismissed for want of jurisdiction on the authority of *New Orleans Water Works Company* v. *Louisiana State ; Wisconsin* v. *Commissioners*, and cases cited, 183 U. S. 693 ; *California Powder Works* v. *Davis*, 151 U. S. 393. *Mr. Isidor Rayner* and *Mr. A. S. Worthington* for the motions. *Mr. John J. Donaldson, Mr. Wayne McVeagh* and *Mr. Frederic D. McKenney* opposing.

---

No. 243. HANIFEN v. PRICE. On writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit. Argued April 29, 1902. Decided June 2, 1902. Decree affirmed, with costs, by a divided court, and cause remanded to the Circuit Court of the United States for Southern District of New York. *Mr. W. P. Preble, Jr.,* for the petitioner. *Mr. Edmund Wetmore,* for the respondents.

---

No. 533. NATIONAL SURETY COMPANY v. McCORMICK. Error to the Supreme Court of the State of California. Motions to dismiss or affirm submitted May 19, 1902. Decided June 2, 1902. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Pim* v. *St. Louis*, 165 U. S. 373 ; *Duncan* v. *Missouri*, 152 U. S. 377, and other cases. *Mr. James A. Louttit* for the motions. *Mr. John J. Burt* opposing.

---

*Decisions on Petitions for Writs of Certiorari.*

---

No. 583. MAURER v. DICKERSON. Third Circuit. Denied April 7, 1902. *Mr. Hector T. Fenton* for the petitioner. *Mr. Livingston Gifford* opposing.

---

No. 605. ANIMARIUM COMPANY v. MAHLER. Eighth Circuit.

Decisions on Petitions for Writs of Certiorari.

Denied April 14, 1902. *Mr. Lysander Hill* for the petitioner. *Mr. Leslie A. Gilmore* and *Mr. Frank P. Blair* opposing.

---

No. 620. DE GIGMAC *v.* UNITED STATES. Seventh Circuit. Denied April 14, 1902. *Mr. William S. Forrest* for the petitioners. *Mr. Attorney General, Mr. Solicitor General Richards* and *Mr. S. H. Bethea* opposing.

---

No. 621. L. BUCKI & SON LUMBER COMPANY *v.* ATLANTIC LUMBER COMPANY. Fifth Circuit. Denied April 14, 1902. *Mr. H. Bisbee, Mr. George C. Bedell* and *Mr. James E. Padgett* for the petitioner. *Mr. Richard H. Liggett* opposing.

---

No. 624. UNITED STATES *v.* KLIPSTEIN & Co. Second Circuit. Denied April 14, 1902. *Mr. Attorney General, Mr. Solicitor General Richards* and *Mr. Assistant Attorney General Hoyt* for the petitioner. *Mr. Albert Comstock* opposing.

---

No. 622. CABLE, ADMINISTRATRIX, *v.* UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK. Seventh Circuit. Granted April 14, 1902. *Mr. H. H. C. Miller* for the petitioner. *Mr. William G. Beale* opposing.

---

Nos. 600 and 608. BUNKER HILL AND SULLIVAN MINING AND CONCENTRATING COMPANY *v.* EMPIRE STATE-IDAHO MINING AND DEVELOPING COMPANY. Ninth Circuit. Denied April 21, 1902. *Mr. Curtis H. Lindley* for the petitioner. *Mr. W. P. Heyburn* opposing.

---

No. 625. CENTRAL OF GEORGIA RAILWAY COMPANY *v.* CHARLES-